**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-1349**

_____

DARYL ANTHONY GREEN,

        Debtor - Appellant,

    v.

PRINCE GEORGE'S COUNTY OFFICE OF CHILD SUPPORT,

        Creditor - Appellee,

   and

TIMOTHY P. BRANIGAN,

        Trustee.

_____

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge. (8:19-cv-02852-TDC)

_____

Submitted: September 14, 2021                Decided: September 17, 2021

_____

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Daryl Anthony Green, Appellant Pro Se. Brian E. Frosh, Attorney General, Karen Hess Rohrbaugh, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF

MARYLAND, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daryl Anthony Green appeals from the district court's order: (1) denying his motion for judicial notice; (2) denying his motion for appointment of counsel; and (3) denying his motion for reconsideration of the order dismissing his appeal from the bankruptcy court's order overruling his objection to the Creditor's proof of claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Green v. Prince George's Cnty. Ofc. of Child Support*, No. 8:19-cv-02852-TDC (D. Md. Mar. 19, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*